■ In the Matter of KEVIN SMITH, Appellant, v DEPARTMENT OF CRIMINAL JUSTICE SERVICES et al., Respondents. [621 NYS2d 942] —Appeal from a judgment of the Supreme Court (Conway, J.), entered October 22, 1993 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondents denying petitioner's request for certain documents under the Freedom of Information Law.

Judgment affirmed, upon the opinion of Justice Edward S. Conway.

Cardona, P. J., Mercure, White, Casey and Peters, JJ., concur. Ordered that the judgment is affirmed, without costs.